**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00438-CV

### IN RE TROY RANDELL EDMON, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-13-71585**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's objection to the assignment of any retired, associate, or visiting judge who does not have competent jurisdiction to determine the petition for writ of mandamus. Relator's motion to recuse the Chief Justice will be determined by separate order. In the ordinary course of the court's operating procedures, the petition was assigned to a panel that does not include any visiting judge or justice or the Chief Justice. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID EVANS
         JUSTICE